IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

TAUG WALKER,

    Plaintiff,

v.                                  CASE NO. 1:15-cv-00028-MP-GRJ

MARIA AKRIDGE,

    Defendant.

_____/

**O R D E R**

    This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation. (Doc. 52).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  Plaintiff has filed objections at Doc. 63.  I have made a de novo review based on those objections.  Having considered the Report and Recommendation, and the timely filed objections, I have determined that the Report and Recommendation should be adopted.  The Court agrees with the Magistrate Judge that plaintiff has alleged a serious medical need and has alleged that the defendant was deliberately indifferent to that need.  Thus, dismissal is not appropriate for his deliberate indifference claims.  However, the Court also agrees that plaintiff has not done the pre-suit requisites to filing a medical negligence case under Florida law.  Finally, the Court agrees with the Magistrate Judge that the declaratory or

injunctive relief claims have been mooted by plaintiff's transfer.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. The motion to dismiss is GRANTED with regard to Plaintiff's claims for medical negligence and declaratory relief and in all other respects is DENIED.

3. The matter, including all other pending motions, is remanded to the Magistrate Judge.

**DONE AND ORDERED** this *2nd* day of November, 2016

 *s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge